UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney   NELSON M  STERN, ESQ

DETECTIVE THOMAS E  MICHAELS

                                        Plaintiff(s)

- against -

                            Index # 07 CIV 7632

DR  DAVID LICHTENSTEIN, ETAL

                          Purchased August 28, 2007

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  COUNTY OF NEW YORK  ss

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on September 4  2007 at 02 12 PM at

ONE POLICE PLAZA, ROOM 1406
NEW YORK, NY 10038

deponent served the within SUMMONS AND COMPLAINT on NYPD FOR THE CITY OF NEW YORK (BRONX BOROUGH) therein named

       BY LEAVING A TRUE COPY WITH EVAN GLUCK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx ) | Height (Approx ) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 35 | 5'9 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action

Sworn to me on   September 4, 2007

JOEL GRABER
Notary Public, State of New York
No  02GR4699723
Qualified in New York County
Comm  Expires February 10  2010

JONATHAN GRABER
Notary Public, State of New York
No  01GR6156780
Qualified in New York County
Comm  Expires December 4, 2010

ANDERSON CHAN
License #  1220482
Invoice #  447122

UNITED PROCESS SERVICE, INC , 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.