UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DETECTIVE THOMAS E. MICHAELS,

                                            Plaintiff,          **NOTICE OF APPEARANCE**

                    - against -                                 CV-07 7632 (PAC))

DR. DAVID LICHTENSTEIN, DR. BOCHICHIO, NYPD
FOR THE CITY OF NEW YORK, and DOES I, II, and III
(Police Officers whose names are unknown to Plaintiff),
individually and in their official capacities as officers of
the NYPD FOR THE CITY OF NEW YORK,

                                            Defendants.

---------------------------------------------------------------------- x

          I, KAREN J. SEEMEN, am an Assistant Corporation Counsel in the Office of

Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant

NEW YORK CITY POLICE DEPARTMENT OF THE CITY OF NEW YORK, in the above-

captioned action.  Please take notice that I am one of the present Assistant Corporation Counsel

assigned to this action, and all future filings, or other information, related to this action can be

directed to me at the below address.

Dated:          New York, New York
                September 18, 2007

Respectfully Submitted,


**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for the Defendant
100 Church Street, Rm 5-143
New York, New York  10007
(212) 788-1197

By:_____/s/Karen J. Seemen_____
      KAREN J. SEEMEN (KS6545)
      Assistant Corporation Counsel

TO:    Nelson M. Stern, Esq, (By ECF)

Index No. CV 07 7632 (PAC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DETECTIVE THOMAS E. MICHAELS,

Plaintiff,

- against -

DR. DAVID LICHTENSTEIN, DR. BOCHICHIO, NYPD FOR
THE CITY OF NEW YORK, and DOES I, II, and III (Police
Officers whose names are unknown to Plaintiff), individually and
in their official capacities as officers of the NYPD FOR THE
CITY OF NEW YORK,

Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants NYPD of the City of New York
100 Church Street
New York, New York  10007-2601

Of Counsel:    Karen J. Seemen
Tel No.:       (212) 788-1197

*Service of which is hereby acknowledged*:

*New York, New York*      Dated:   ...........................................

Signed: ............... ............. ............. ...........................................

Attorney for: ....... ............. ............. ...........................................