CROTTY/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DETECTIVE THOMAS E. MICHAELS,    Cv 07 7632 (PAC)

        Plaintiff,

-against-

DR. DAVID LICHTENSTEIN, DR. BOCHICHIO, NYPD FOR
THE CITY OF NEW YORK (BRONX BOROUGH),
and DOES I, II, and II (Police Officers whose names
are unknown to Plaintiff), individually and in their
official capacities as offices of the NYPD FOR THE CITY
OF NEW YORK,

        Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2007
```

### Notice of Voluntary Dismissal Without Prejudice

Please take notice that whereas no defendant has made an appearance, plaintiff voluntarily dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  September 20, 2007
       New York, New York

LAW OFFICES OF NELSON STERN
964-Third Avenue, Fifth Floor
New York, New York 10155
Telephone:  (212) 223-8330
Facsimile:  (212) 371-2131

By: *Nelson M. Stern*

Nelson M. Stern, Esq. (NMS-8646)

Attorney for Plaintiff

*[signature]* 9/21/07
So Ordered